# EXHIBIT 9

# Jianan Du

21200 NE 38th ave
Aventura, FL 33180
Email: dujianan1986 @hotmail.com
Cell Phone:954.701.9916

## EDUCATION

**Drexel University      Philadelphia, PA**
Bachelor of General Business    December, 2011
**Courses taken**
Operations Management
Business Law
Management Information System
Real Estate Development

## WORKING EXPERIENCE AND INTERNSHIP

**Hao Yuan Development Pte Ltd     Singapore     Feburary 2012-April 2014**
Position: Project manager
Job duty: prepare and maintain financial statements, monitor the performance of contractors, understand and comply with pertinent legislation, plan and direct the purchase, sale and development of real estate properties on behalf of businesses and investors

**MCC Real Estate Group Co.,Ltd    Beijing, China    May 2010 – August 2010**
Position: development assistant (Intern)
Job duty: conducts research to support all development functions, including acquistions, due diligence, impact fees, utility costs, etc; drafts internal and external reports; assist with the tracking of timelines and schedules.

## PROJECT EXPERIENCE

- Sea Horizon Executive Condominium (A ocean-view condominiums with a total building area of 277,711 sqft and 653 residential units) **as project manager** September, 2013-April, 2014
- Forestville Executive Condominiums (A luxury condominiums with a total building area of 297,730 sqft and 495 residential units) **as project manager**    Feburary, 2012- August, 2013
- Frontier of Qian Gate( A residential and commercial complex with a total building area of 1,345,500 sq ft )    **as development assistant-Internship**   May -August 2010

## COMPUTER SKILLS

- Proficient in MS PowerPoint, Word, Excel, AutoCad, Arcgis, Adobe Photoshop, SketchUp, and Familiar with Adobe Illustrator, Adobe InDesign & MS Access