UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| TANGSHAN GANGLU IRON & STEEL COMPANY, LTD. a foreign corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civ. Act. No. 0:14-cv-61093-JIC <br> : |
| MAPUCHE, LLC, a Florida limited liability company and WEI CHEN, an individual, | : <br> : <br> : <br> : |
| Defendants | : |

**PLAINTIFF'S NOTICE OF FILING DECLARATION OF ZHEN ZENG DU UNDER PENALTY OF PERJURY UNDER 28 USC § 1746 FILED IN SUPPORT OF EMERGENCY MOTION TO APPOINT CUSTODIAN PURSUANT TO FED. R. CIV. P. 66 AND IN RELIANCE ON AUTHORITY PROVIDED BY FLA. STAT. SECTIONS 605.0703 AND 605.0704 AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff TANGSHAN GANGLU IRON & STEEL COMPANY, LTD., a foreign corporation ("Ganglu"), by its attorneys, Duane Morris LLP, hereby files this notice attaching hereto as Exhibit "A", the Declaration Of Zhen Zeng Du Under Penalty Of Perjury Under 28 USC § 1746. in support of Ganglu's Emergency Motion to Appoint Custodian pursuant to Fed. R. Civ. P. 66 and in Reliance on Authority Provided by Fla. Stat. Sections 605.0703 and 605.0704 and Incorporated Memorandum of Law.

Dated: 13th day of May, 2014      Respectfully submitted,

                                            DUANE MORRIS LLP

                                            By: /s/ Lida Rodriguez-Taseff
                                               Lida Rodriguez-Taseff, Esq.
                                               Florida Bar No.: 039111
                                               LRTaseff@duanemorris.com
                                               Scott H. Marder, Esq.
                                               Florida Bar No.: 894450
                                               SHMarder@duanemorris.com

>Nicole L. Levy, Esq.
>Florida Bar No.: 106995
>NLLevy@duanemorris.com
>200 South Biscayne Boulevard, Suite 3400
>Miami, Florida 33131
>Telephone: 305.960.2242
>Facsimile:  305.397.2443
>Secondary Emails for Lida Rodriguez-Taseff:
>DPerez@duanemorris.com
>YArnavat-Parga@duanemorris.com
>*Attorneys for Tangshan Ganglu Iron & Steel Company, LTD.*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 13, 2014, the foregoing was electronically filed with the Clerk of the Court for the United States District Court, Southern District of Florida (Fort Lauderdale Division) by using the CM/ECF system and that service upon Mapuche, LLC and WEI CHEN will be accomplished by process server.

>/s/ Lida Rodriguez-Taseff
>Lida Rodriguez-Taseff

DMADMIN\2860111.1