# Composite Exhibit "1"

# 借款合同

签订日期：2012 年 1 月 21 日

签订地点：遵化

甲方：MAPUCHE LLC

乙方：BO RUI INVESTMENT PTE. LTD.

甲乙双方就借款事宜在平等自愿的基础上，为明确双方权利义务，经协商一致，特订立本合同。

第一条　借款金额、期限及利率

1、乙方向甲方提供借款约合 50,000,000.00 美元（以汇出总金额为准），按每年 360 日利率 18%计算。

2、借款期限自借款提供日起算一年，如甲方未按时还款，乙方给予甲方最长的宽限期为一年，宽限期内借款本金为第 1 条所述本息和，利率按每年 360 日利率 25%计算。若甲方在宽限期内仍未还款，自宽限期结束之日起，甲方需支付其迟延返还款项所产生的滞纳金（按每年 360 日利率 30%按日计算）。

3、乙方要求唐山港陆钢铁有限公司作为甲方的借款担保方，唐山港陆钢铁有限公司的担保为乙方同意借款的必须条件。

4、甲方以 Mapuche LLC 公司、其名下的 US Capital Holdings, LLC； US Capital/Fashion Mall, LLC 以及 321North 项目作为抵押，如果甲方未能按照本合同约定到期还款，乙方及担保方有权处置以上三家公司以及 321North 项目。

第二条　借款的给付与偿还

1 、乙方或乙方指定第三方将借款汇入甲方指定的银行帐户，视为乙方提供该借款。

2 、甲方应按本合同约定的到期还款或甲方提前还款，将款项汇入乙方指定的银行帐户，视为甲方履行完毕本合同项下的义务。

第三条　甲方的保证与义务

1、甲方具备所有必要的权利能力，能以自身名义履行本合同的义务并承担民事责任。签署和履行本合同是甲方真实的意思表示。

2、甲方应当按本合同约定的时间偿还本合同项下的借款。

3、如甲方拟提前偿还借款，或拟通过其他方式偿还借款而须解除本合同，则

须通过双方确认。

4、甲方承诺将 50,000,000.00 美元的全部借款用于支付 321North 工程的手续报批、建设以及日常运营费用，借款的使用情况按月向乙方及担保方汇报。

第四条 乙方的保证与义务

1、乙方具备所有必要的权利能力，能以自身名义履行本合同的义务并承担民事责任。签署和履行本合同是乙方真实的意思表示。

2、乙方保证本合同项下乙方提供给甲方的借款为乙方合法拥有的自筹资金，且借款事项已经公司股东会批准同意。

3、乙方应按本合同约定的时间将借款汇入甲方指定账户。

第五条 争议解决

凡因本合同引起的或与本合同有关的任何争议，双方应积极协商解决；协商不成的，任何一方有权向有管辖权的人民法院提起诉讼；守约方为追究违约方的违约责任而产生的一切相关费用，由违约方承担。

第六条 其他条款

本合同经甲乙方签字后生效， 对双方均有约束力。本合同正本一式两份，具有同等法律效力，甲乙双方各执一份。

甲方：MAPUCHE LLC

授权代表：

乙方：BO RUI INVESTMENT PTE. LTD.

授权代表： Meng Xiangquan.

担保方：唐山港陆钢铁有限公司（TANGSHAN GANGLU IRON &SEEL COMPANY LTD.）

授权代表：

# Translation

# Loan Contract

Date of Execution: January 21, 2012
Place of Execution: Zunhua

Party A: MAPUCHE LLC
Party B: BO RUI INVESTMENT PTE, LTD.

In regard to the matter of the loan, Party A and Party B, based on equality and voluntariness and considering the clarification of their mutual rights and obligations, have reached the following agreements that are set forth in this Contract.

**1. Loan Amount, Period and Interest**

(1) Party B provides a loan to Party A in amount of 50,000.000.00 USD (based on total amount that is actually sent). The interest is calculated annually based on 18% and 360 days.

(2) Loan period is one year starting from the date when the loan is provided. In case Party A fails to repay the loan, Party B will allow Party A to have a maximum one year of grace period, during which the total amount of principal and interest elaborated in Paragraph 1 will be calculated annually based on 25% and 360 days. In case Party A fails again to repay the loan during the grace period and, starting from the last day of the grace period, party A must pay late charges due to failure of payment, the interest of which shall be calculated based on 30% annually and 360 days.

(3) Party B requests TANGSHAN GANGLU IRON AND STEEL COMPANY LTD to be a guarantor of Party B's loan, which is a necessary condition under which Party B agreed to loan to Party A.

(4) Party A agrees to put up Mapuche LLC, US Capital Holdings, LLC, US Capital/Fashion Mall, LLC and 321 North Project under its name as collaterals. In case Party A fails to repay the loan according to this Contract's terms and timeframe, Party B and the guarantor Party will have rights to dispose 3 above mentioned companies and 321 North Project.

**2. Loan Provision and Payments**

(1) Party B or Party B's designated third party will wire the load into Party A's designated bank account, which will be considered as provision of the loan to Party A.

(2) Party A shall pay Party B's loan according to the timeframe elaborated in this Contract, or in case Party A pays off the loan early, the payment shall be wired into the bank account designated by Party B. the completion of which shall be deemed as fulfillment of its obligations under this Contract.

3. **Party A's Representations and Obligations**

(1) Party A is endowed with all necessary rights and capabilities, in its own name, to fulfill the obligations under this Contract and to shoulder its civil responsibilities. Executing and carrying out of this Contract are the true expression of Party A's intent

.

(2) Party A shall repay the loan amount according to this Contract's timeframe.

(3) In case Party A plans to pay off the loan early, or pay off the loan via other methods and subsequently to terminate this Contract, this shall be approved by both Parties.

(4) Party A is obligated to utilize the full loan in the amount of 50,000.000.00 USD to pay 321 North Project's application, construction and daily operation costs. The loan's use condition shall be reported to Party B and guarantor Party on a monthly basis.

**4. Party B's Representations and Obligations**

(1) Party B is endowed with all necessary rights and capabilities, in its own name, to fulfill the obligations under this Contract and to shoulder its civil responsibilities. Executing and carrying out of this Contract are the true expression of Party B's intent.

(2) Party B guarantees that the loan provided by Party B to Party A under this Contract is the property of Party B as legally self-raised capital and that loan-borrowing matters have been approved by the Company's Shareholder' Committee.

(3) Party B shall wire-transfer the loan into Party A's designated bank account, according to the time which is agreed upon in this Contract.

**5. Dispute Resolution**

Any dispute arising out of this Contract or associated with this Contract shall be actively resolved by both Parties through consultations. In case consultations fail, any Party has right to file a lawsuit with the People's Court having jurisdiction over the case. The complying Party shall sue the breaching Party, who shall be liable for all related expenses and costs caused by the breaching Party.

**6. Other Terms and Conditions**

This Contract becomes effective after it is executed by Party A and Party B and it is binding upon both Parties. Two official copies have been made of this Contract, and both have equal legal force. They are kept by Party A and Party B respectively.

Party A: MAPUCHE LLC
Authorized Representative: (Signature) Du Zhen Zeng

Party B: BO RUI INVESTMENT PTE. LTD.
Authorized Representative: (Signature) Meng, Xianquan

# Blank Page

# 补充协议

签订日期：2012 年 1 月 21 日

签订地点：遵化

债权人（甲方）：BO RUI INVESTMENT PTE. LTD.

担保人（乙方）：唐山港陆钢铁有限公司（TANGSHAN GANGLU IRON &SEEL COMPANY LTD.）

债务人（丙方）：MAPUCHE LLC

鉴于丙方于 2012 年 1 月 21 日与甲方达成的 50,000,000.00 美金的借款合同，乙方愿意为此借款合同可能产生的全部债务或责任向甲方提供担保，在甲方与丙方后续的业务中无需乙方另行确定担保。

第一条 保证范围：

甲方基于前述借款合同已经及继续产生的债权及全部权益，包括但不限于债权本金、利息、违约金、损失赔偿等。

第二条 保证形式及期限：

1、 保证人对上述合同的债务人的义务承担无限连带责任。如债务人不按主合同履行相应的义务，由此而造成的债权人的损失，债权人有权直接向保证人追偿。

2、 主债权转让的，乙方担保责任自动随之转让。

3、 乙方的担保期限直至甲方的全部权益最终实现为止。

第三条 丙方承诺将借款合同中 50,000,000.00 美元的全部借款用于支付 321North 工程的手续报批、建设以及日常运营费用，借款的使用情况按月向甲方及乙方汇报。

第四条 丙方以 Mapuche LLC 公司、其名下的 US Capital Holdings, LLC；US Capital/Fashion Mall, LLC 以及 321North 项目作为抵押，如果丙方未能按照本合同约定到期还款，甲方及乙方有权处置以上三家公司以及 321North 项目。

第五条 本合同生效后，保证人有权对债务人的资金和财产情况进行监督，有权要求债务人提供其财务报表等材料，债务人应如

Suppl Agmt w/ Translation

第六条 担保人代债务人履行主合同项下的义务或代为赔偿债权人的损失后，有权向债务人追偿。

第七条 在本合同有效期内，任何一方不得擅自变更或解除本合同。需变更本合同条款时，应经三方协商同意，达成书面协议。

第八条 争议解决

因为本合同发生争议协商解决；协商不成的，任何一方有权向有管辖权的人民法院提起诉讼；守约方为追究违约方的违约责任而产生的一切相关费用，由违约方承担。

第九条 其他条款

本合同经甲乙丙方签字后生效，对三方均有约束力。本合同正本一式三份，具有同等法律效力，甲乙丙三方各执一份。

甲方： BO RUI INVESTMENT PTE. LTD.

授权代表： Meng Xiangquan.

乙方：唐山港陆钢铁有限公司（TANGSHAN GANGLU IRON &SEEL COMPANY LTD.）

授权代表：

丙方：MAPUCHE LLC

授权代表：

# Translation

# Supplemental Agreement

Date of Execution: January 21, 2012
Place of Execution: Zunhua

Creditor (Party A): BO RUI INVESTMENT PTE, LTD.

Guarantor (Party B): TANGSHAN GANGLU IRON & STEEL COMPANYLTD. )

Debtor: (Party C): MAPUCHE LLC

Due to the fact that on January 21, 2012, Party C and Party A completed a Loan Contract in amount of 50.000.000.00 USD, Party B is willing to guarantee Party A that Party B will be responsible for all debts that may be caused under said Contract. During the subsequent business operations between Party A and Party C, it will not necessary for Party B to further provide a separate guarantee in confirmation thereof.

**1. Scope of the Guarantee:**

The debts and all other rights of Party A as reflected in the afore mentioned Loan Contract include but are not limited to: the debts principal, interest, penalty for breach of Contract, and compensation for damages and others.

**2. Methods and Period of Guarantee:**

(1) The Guarantor has unlimited and joint liability for the obligations of the Debtor in the aforementioned Loan Contract. In case the Debtor fails to fulfill the related obligations of the main Contract, and subsequently causes damages to Creditor, Creditor shall be entitled to directly sue the Guarantor to recover damages.

(2) In case the main debts are transferred, Party B's responsibilities as Guarantor shall likewise be automatically and accordingly transferred.

(3) The period of Party B's guarantee will not end until after all of Party A's rights and interest have been realized.

3. Party C is obligated to utilize the full loan in the amount of 50,000.000.00 USD to pay 321 North Project's application, construction and daily operation costs. The loan's use conditions shall be reported to Party A and Party B on a monthly basis.

4. Party C agrees to use Mapuche LLC, US Capital Holdings, LLC, US Capital/Fashion Mall, LLC and 321 North Project under its name as collaterals. In case Party C fails to repay the loan according to this Contract's terms and timeframe, Party A and Party B will be entitled to dispose of the three companies mentioned above and 321 North Project.

5. After this Contract becomes effective, that Guarantor shall be entitled to monitor the status of the Debtor's capital and assets. The Guarantor is likewise entitled to ask the Debtor to provide its financial report and other information. The Debtor is obligated to provide truthful information.

6. After the Guarantor fulfills the obligations of the main Contract to Creditor on behalf of Debtor, or pays compensation to Creditor for damages on Debtor's behalf, the Guarantor is entitled to sue the Debtor to recover the damages.

7. During the effective period of this Contract, no any Party is allowed arbitrarily and without authorization to change or terminate this Contract. Any necessary changes to the terms and conditions of this Contract require consultation between, and approval by, the three Parties in the form of written agreement.

**8. Dispute Resolution**

Any dispute arising out of this Contract shall be resolved through consultation. In case consultations fail, any Party has right to file a lawsuit with the People's Court having jurisdiction over the case. The complying Party shall sue the breaching Party, who shall be liable for all related expenses and costs caused by the breaching Party.

**9. Other Terms and Conditions**

This Contract becomes effective after it is executed by Party A, Party B and Party C. It is binding on all three Parties. Three official copies have been made of this Contract, and all three have equal legal force. They are kept by Party A, Party B, and Party C, respectively.

| | |
|---|---|
| Party A: | BO RUI INVESTMENT PTE. LTD. |
| Authorized Representative: | (Signature) Meng Xianquan |
| Party B: | TANGSHAN GANGLU IRON & STEEL COMPANY LTD. |
| Authorized Representative: | (Signature) Du Zhen Zeng |
| Party C: | MAPUCHE LLC |
| Authorized Representative: | (Signature) Du Zhen Zeng |