Exhibit "2"



●●○○○ T-Mobile LTE    9:58 AM

&lt; 信息    +1 (954) 536-2316    联系人

短信/彩信
Mon, Apr 21, 7:40 PM

老陈去公司做假张去了。

短信/彩信

发送

# Translation

Old Chen went to the office to make up fake paper.

# Perez, Dawn

| | |
|---|---|
| **From:** | Nelson Duran <nelduran@bellsouth.net> on behalf of nelduran@bellsouth.net |
| **Sent:** | Monday, May 12, 2014 12:29 PM |
| **To:** | Rodriguez-Taseff, Lida; Perez, Dawn |
| **Subject:** | Word file for one-sentence translation |
| **Attachments:** | RODRIGUEZ TASEFF - MAPUCHE - One-sentence docuiment.doc |

Dear Dawn:

As per Lida's request, attached please find a Word-file containing the English translation of the one sentence in Mandarin you provided this morning. Regards, Nelson

1