Exhibit "3"

Subject: Re: 星期一公司会议 , Monday Company Meeting
From: JMoran@us-cap.com
Date: Sun, 4 May 2014 01:21:46 -0400
CC: JMoran@us-cap.com
To: dujianan1986@hotmail.com

Mr. Du,

Per your request, below is the email that I reviewed from Mr. Chen and Grace. Please see below:

Team,

A little change of plans for next week, due to the current renovations to our offices now being at the stage that will not only interfere with the normal use of some work areas but also create noise in the majority of the offices.  To avoid any delays in completing the renovation work as well as any delays in completing your daily work responsibilities, Mr. Chen is requesting that the following employees work from home effective as ofMonday, May 5th until the current renovations are substantially completed.  If your name is not on the list, please report to work in the office as usual:

1. Grace Kuo
2. Lan Zhang
3. Xinyi Zhang
4. Yelong (John) Xie
5. Yue Yu
6. Chengong Li
7. Mike Xu
8. George Coren
9. Jennifer Moran

As of now, the contractor anticipates that this work will be substantially completed, and we will have full use of our offices, no later thanMonday, May 12th, but I will provide updates during the week as to the exact date you are expected to report back to the offices.  I will be available by email during our normal business hours, and we expect all employees to continue with their normal work and responsibilities.  All employees will be able to access our network remotely, and if you have any trouble logging on, please contact Mike Xu for assistance.

Thank you.

Grace on behalf of Mr. Chen

2

Based on the above and our comcersation tonight, I will be in the office on Monday if you do not tell jr otherwise.

Jen Moran.

Please advise.

**From:** us-cap [mailto:mxu@us-cap.com]
**Sent:** Friday, May 02, 2014 12:24 PM
**To:** jjiang@us-cap.com; 谢业农; Xinyi Zhang; Grace He; Grace Kuo; mtang@us-cap.com;yyu@us-cap.com; cli@us-cap.com;wmao@us-cap.com; wchen@us-cap.com;jmoran@us-cap.com; ''George Coren''; 'Marie Jerome'; rdamore@us-cap.com; jpeng@us-cap.com; dxxiao2010@gmail.com;lzhang@us-cap.com
**Cc:** dujianan1986@hotmail.com
**Subject:** 会议通知 Meeting Notice

The meeting time is Monday、 May/5th/14 10:00AM at company's meeting room.

董事会
**Board of Director**

杜佳楠
**Du JiaNan**

**From:** us-cap [mailto:mxu@us-cap.com]
**Sent:** Friday, May 02, 2014 11:51 AM
**To:** jjiang@us-cap.com; 谢业农(jsmithrugby@163.com); Xinyi Zhang (xzhang@us-cap.com); Grace He; Grace Kuo (gkuo@us-cap.com); mtang@us-cap.com;yyu@us-cap.com; cli@us-

3

cap.com;wmao@us-cap.com; wchen@us-cap.com;jmoran@us-cap.com; ''George Coren' (gcoren@us-cap.com)'; 'Marie Jerome (mjerome@us-cap.com)'; Mike Xu (mxu@us-cap.com); 'rdamore@us-cap.com'; 'jpeng@us-cap.com'; 'dxxiao2010@gmail.com'; 'lzhang@us-cap.com'
**Cc:** dujianan1986@hotmail.com
**Subject:** 会议通知 Meeting Notice

下个礼拜一 10:00AM，公司召开全体员工会议，所有人员务必出席不允许请假。
We will have a team meeting with all employees next Monday at 5/2/2014 10:00AM, please make yourself available and attend the meeting on time.


董事会
**Board of Director**

杜佳楠
**Du JiaNan**


Jennifer L. Moran
U.S. CAPITAL HOLDINGS GROUP
Director of Leasing
Licensed Real Estate Broker

321 North University Drive
Plantation, FL 33324

T: 954-693-8880
F: 954-693-0062
C: 954-494-1154

Sent from my iPhone
***Please excuse any typos!

4

On May 3, 2014, at 9:57 PM, 杜佳楠 <dujianan1986@hotmail.com> wrote:

公司各位同仁，

本人经公司董事会授权，通知大家于2014年5月5日星期一上午9:00 a.m.开全体公司会议，请大家准时参加，不允许迟到，不允许请假，不允许缺席，如缺席会议，后果自负。本信息也会通过短信的形式发给大家，希望大家相互转告。
开会地点：公司会议室

董事会代表
杜佳楠
手机：954-701-9916

Hi all,

On behalf of the company board of the directors, I want to inform everyone that we are going to have a formal company meeting on May 5th, 2014 (Monday) 9:00 a.m., please arrive on time for the meeting. There will be no excuse allowed for attending late or absence. If you miss the meeting, you will have to take all the consequences on your own. This message will also be sent to everyone via text message, and please help your colleagues knowing this meeting as well.

Meeting will be held in the Company Meeting Room.

Representative of the Board
Jianan Du
Cellphone: 954-701-9916

5